IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.   No. 4:17-CR-00147-13-JM

CALVIN WISE

## ORDER

Defendant's Motion for Compassionate Release (Doc. No. 739) is DENIED.

Defendant seeks compassionate release based on his rehabilitation and his grandfather's recent health problems.

First, Defendant has not established that he is the only available caregiver for his grandfather.[1]  Second, rehabilitation alone is insufficient to support relief.[2]  Third, relief is not warranted after considering the § 3553(a) factors.  Defendant was sentenced to 150 months in prison based on his extensive criminal history, which resulted in him being a career offender.

IT IS SO ORDERED this 8th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] U.S.S.G. § 1B1.13(b)(3).

[2] See U.S.S.G. § 1B1.13(d) ("[R]ehabilitation of the defendant is not, by itself, an extraordinary and compelling reason for purposes of this policy statement [but] may be considered in combination with other circumstances in determining whether and to what extent a reduction in the defendant's term of imprisonment is warranted.").